**No. 68003.**—Pacific Import Co., Inc., et al. *v.* United States, protests 63/5218, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 24, 1963

**No. 68004.**—Rex-Spanall, Inc. *v.* United States, protest 63/4947–16439 (New Orleans).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.